### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 03-1289 |
| TWO MILLION SEVEN HUNDRED SIXTY-SEVEN THOUSAND TWO HUNDRED AND TWO DOLLARS AND TWENTY-SEVEN CENTS ($2,767,202.27) IN U.S. CURRENCY | ) |
| Respondent. | ) |

## O R D E R

On July 15, 2005, this Court ordered Leslie Strong ("Strong") to respond to the cross-claims against him as well as the Motion for Default Judgment [#107] filed by Cross-Claimants Howard Jachter, as Trustee for Triunity, S.A., and Triunity S.A. (Collectively "Triunity"). This Court directed Strong to respond within fourteen days (or no later than July 29, 2005) and warned Strong that if he did not respond, default judgment would be entered against him. Strong did not respond to the Court's Order. Accordingly, the Court finds that Strong is in default on all of the cross-claims filed against him. However, the Court declines to enter a Default Judgment against Strong as to any of the claims prayed for in the prayer for relief section of the cross-claims as the actual amounts to be recovered will have to be determined in a future stage of this litigation. A separate proceeding will be necessary to determine the proper amount of damages to be awarded in each counterclaim. Also, the Court's rulings on the underlying in rem action may affect the amount of recovery to which a particular cross-claimant is entitled.

Based on the above ruling, the Court finds that Triunity's Motion for Default Judgment [#107] filed on May 6, 2005 is granted in part and denied in part. The Court grants the portion of the Order that asks this Court to find Strong in default but denies the portion of the Motion that requests the Court to enter default judgment against Strong.

## CONCLUSION

The Court finds that Leslie Strong is in default with respect to liability on all of the cross-claims entered against him. Accordingly, Triunity's Motion [#107] is GRANTED IN PART AND DENIED IN PART.

ENTERED this 8th day of December, 2005.

                                          s/ Michael M. Mihm
                                          Michael M. Mihm
                                        United States District Judge