1:03-cv-01289-MMM   # 272   Page 1 of 2
1:03-cv-01289-MMM   # 269   Page 9 of 13
E-FILED
Thursday, 25 January, 2007 02:05:45 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No: 03-1289 |
| | ) | |
| TWO MILLION SEVEN HUNDRED SIXTY-SEVEN THOUSAND TWO HUNDRED TWO AND 27/100 ($2,767,202.27) DOLLARS IN U.S. CURRENCY, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

FILED
JAN 2 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### DEFAULT JUDGMENT AGAINST CERTAIN NAMED CLAIMANTS AND ANY UNKNOWN POTENTIAL CLAIMANTS

WHEREAS, the United States of America, Plaintiff, has moved this Court for the entry of a final judgment by default, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, against claimants, Thomas Weszka, Burt Gates, Elizabeth Puterbaugh, Wesley Franz, Jae Forschen, Chester Drwiega, and Edwin Basye, and any other known and unknown potential claimants; and

WHEREAS, service of process requirements have been met, and all potential claimants have received notice by publication of the pendency of this action; and

WHEREAS, any potential known claimants are not infants or incompetent persons and are not in the military within the purview of the Soldiers and Sailors Civil Relief Act of 1940, as amended; and

WHEREAS, on December 7, 2006 an Entry of Default was entered and filed against claimants, Thomas Weszka, Burt Gates, Elizabeth Puterbaugh, Wesley Franz, Jae Forschen, Chester Drwiega, and Edwin Basye, and any other known and unknown potential claimants.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. That a judgment of default is hereby entered against claimants, Thomas Weszka, Burt Gates, Elizabeth Puterbaugh, Wesley Franz, Jae Forschen, Chester Drwiega, and Edwin Basye, and any other known and unknown potential claimants.

2. The U.S. Currency will be disposed of by the United States Marshal Service in accordance with the Stipulated Settlement Agreement to be entered by the Court at a later date.

IT IS SO ORDERED this 24th day of January, 2007.

s/ Michael M. Mihm
JUDGE