UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
JAN 2 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03-1289 |
| ) | |
| TWO MILLION SEVEN HUNDRED ) | |
| SIXTY-SEVEN THOUSAND TWO ) | |
| HUNDRED TWO AND 27/100 ) | |
| ($2,767,202.27) DOLLARS IN U.S. ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER

Pursuant to the Motion for Final Order, the Stipulated Agreement, and the entire record in this case, the Court finds as follows:

1. The Court has jurisdiction of the parties and subject matter.

2. Default Judgment has been entered against certain named claimants: Thomas Wezska, Burt Gates, Elizabeth Puterbaugh, Wesley Franz, Jae Forschen, Chester Drwiega, and Edwin Basye, and any other known or unknown potential claimants and any unknown potential claimants.

3. Claims of other claimants have been dismissed, stricken, or denied.

4. The Plaintiff and all the remaining claimants have entered into a Stipulated Settlement Agreement for the distribution of defendant currency.

5. Pursuant to the Stipulated Settlement Agreement, the United State Marshal shall distribute to the settling claimants the amount stated in the payment schedule subject to the

adjustments and terms of a Stipulated Settlement Agreement, but there will be no distribution until the U.S. Attorney certifies to the Court that paragraph 12 of the Stipulated Settlement Agreement has been satisfied.

6. When full or any partial payment is made, the United States shall notify the settling claimants of the amount to be distributed and file the proposed distribution with the Court.

7. The Court shall retain jurisdiction to enforce the terms of the Stipulated Settlement Agreement.

8. This Order is Final Order that concludes the claims of all the claimants and potential claimants.

ENTERED this 24th day of January, 2007.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge

2